# Exhibit B

## *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200     Fax:(212) 317-1620

Dionicio Gomez                                                    November 4, 2019

|                | File #: | TasteGood |
|----------------|---------|-----------|
| **Attention:** | Inv #:  | Sample    |

RE:    Melchor Gomez et al v. Wei Ling Chinese Restaurant LLC et al
       18-cv-04308

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-14-18 | interviewed new client and got the facts for the complaint | 0.90 | 405.00 | MF |
| May-15-18 | reviewed and corrected complaint | 1.50 | 675.00 | MF |
|  | Drafted Complaint | 3.00 | 300.00 | PL |
| May-16-18 | reviewed case assignments, updated status | 0.10 | 45.00 | MF |
| Jun-10-18 | reviewed defense counsel's notice of appearance, updated status | 0.10 | 45.00 | MF |
|  | reviewed defendants' answer to complaint | 0.25 | 112.50 | MF |
| Jun-12-18 | reviewed defendant's corporate disclosure statement | 0.10 | 45.00 | MF |
| Aug-14-18 | discussed status of case with staff | 0.10 | 45.00 | MF |
| Sep-04-18 | reviewed initial conference order, updated calendar | 0.10 | 45.00 | MF |
| Sep-05-18 | reviewed Judge Netburn's Order | 0.10 | 45.00 | MF |
| Oct-19-18 | Drafting Inital Disclosures | 0.50 | 50.00 | PL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-30-18 | reviewed mediation order | 0.10 | 45.00 | MF |
|  | reviewed scheduling order, updated calendar | 0.20 | 90.00 | MF |
| Nov-05-18 | reviewed mediation order, updated calendar | 0.10 | 45.00 | MF |
| Nov-13-18 | call with mediator | 0.50 | 125.00 | HA |
| Nov-14-18 | reviewed mediation scheduling order, updated calendar | 0.10 | 45.00 | MF |
| Nov-26-18 | drafting discovery requests and notices of deposition | 1.90 | 475.00 | HA |
| Jan-02-19 | mediation phone conference | 0.10 | 25.00 | HA |
|  | mediation statement drafting | 0.60 | 150.00 | HA |
|  | email with brenda re when client stopped working for defendants | 0.10 | 25.00 | HA |
| Feb-04-19 | reviewed final report of mediator | 0.10 | 45.00 | MF |
| Feb-28-19 | reviewed Judge Netburn's order regarding settlement conference scheduling | 0.10 | 45.00 | MF |
| Apr-03-19 | reviewed Judge Broderick's order regarding fairness submission, updated calendar | 0.10 | 45.00 | MF |
| May-16-19 | reviewed defendant's letter to the court | 0.10 | 45.00 | MF |
| Jun-03-19 | drafted settlement agreement | 2.00 | 200.00 | PL |
| Jun-05-19 | reviewed scheduling order, updated calendar | 0.10 | 45.00 | MF |
| Jun-21-19 | reviewed order rescheduling telephone conference, updated calendar | 0.10 | 45.00 | MF |
| Jul-10-19 | reviewed order terminating defendants' counsel, updated status | 0.10 | 45.00 | MF |
|  | reviewed order granting pro bono counsel | 0.20 | 45.00 | MF |
| Aug-13-19 | reviewed defense counsel's notice of appearance | 0.10 | 45.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-14-19 | reviewed Judge Broderick's order regarding settlement submission, updated calendar | 0.20 | 90.00 | MF |
| Aug-28-19 | reviewed defense counsel's notice of appearance | 0.10 | 45.00 | MF |
| Oct-09-19 | reviewed order regarding status of settlement, updated calendar | 0.10 | 45.00 | MF |
| Oct-17-19 | reviewed order regarding settlement submission, updated calendar | 0.10 | 45.00 | MF |
| Oct-24-19 | Drafted fairness letter | 0.60 | 165.00 | FD |
|  | Call with client | 0.10 | 27.50 | FD |
| Oct-28-19 | Drafted and revised fairness letter | 0.50 | 137.50 | FD |
| Oct-29-19 | Revised fairness letter | 0.20 | 55.00 | FD |
|  | Totals | 15.35 | $4,052.50 |  |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
|  | Filing Fee | 400.00 |
| May-18-18 | Process Server Wei Ling Chinese Restaurant LLC | 65.00 |
| May-21-18 | service on Wei Jun Wu, Diana Wu, Xiu Ghou, and Jane Doe | 200.00 |
|  | Totals | $665.00 |

**Total Fee & Disbursements** $4,717.50

**Balance Now Due** $4,717.50